Filed 12/22/20  Li v. Chiu CA1/3

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| CHARLES LI,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>THAI MING CHIU et al.,<br><br>        Defendants and Appellants. | A158050<br><br>(City & County of San Francisco Super. Ct. No. CGC-14-537574) |

MEMORANDUM OPINION[1]

Defendants Thai Ming Chiu and Tina Yan appeal from amended orders of sale of dwellings entered against each of them.  A judgment was entered against the defendants in a fraudulent conveyance action filed by Charles Li. The defendants appealed the judgment, and in an unpublished decision in *Li v. Chiu* (May 31, 2018, A149849) (*Li I*), this court directed the trial court to modify the judgment as to the attorney fees award and affirmed the judgment in all other respects.  After the trial court entered a second amended judgment in accordance with this court's decision in *Li I*, the defendants filed a motion to set aside the judgment as void because it grants relief unauthorized by the Uniform Voidable Transactions Act (UVTA).  The

_____

[1] We resolve this case by a memorandum opinion pursuant to California Standards of Judicial Administration, section 8.1.

1

trial court denied the motion and the defendants appealed.  In our concurrently filed opinion *Li v. Chiu* (Dec. ___, 2020, A156760 [nonpub. opn.]) (*Li II*), we affirmed the trial court's denial of the defendants' motion to set aside the judgment as void.

The sole issue raised in this appeal is whether the orders of sale of dwellings are void because the underlying money judgments are void as excessive relief unauthorized under the UVTA.  We adopt and incorporate by reference the facts and analysis from our concurrently filed opinion in *Li II*, *supra*, A156760.  We affirm.

## DISPOSITION

The amended order for sale of dwelling of judgment debtor Tina Yan and the amended order of sale of dwelling of judgment debtor Thai Ming Chiu are affirmed.  Respondent shall recover his costs on appeal.

2

_____
Jackson, J.


WE CONCUR:


_____
Siggins, P. J.


_____
Petrou, J.


A158050/*Li v. Chiu*